THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTINA BALAN,<br><br>                      Plaintiff,<br><br>     v.<br><br>TESLA MOTORS INC.,<br><br>                      Defendant. | Case No. 2:19-cv-00067-MJP<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY – RODNEY B. SORENSEN** |

PLEASE TAKE NOTICE that Rodney B. Sorensen is no longer associated with Payne & Fears LLP, and is withdrawing as one of the attorneys for Defendant Tesla, Inc.  Effectively immediately, Rodney B. Sorensen should be removed from the court's database and electronic

NOTICE OF WITHDRAWAL OF ATTORNEY –
RODNEY B. SORENSEN - 1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

718936.0001/7918882.1

notices.  Darin M. Sands of Lane Powell PC and Matthew C. Lewis of Payne & Fears LLP will remain as counsel for Defendant Tesla, Inc.

DATED:  January 7, 2020

                              LANE POWELL PC

By   /s/ Darin M. Sands
      Darin M. Sands, WSBA No. 35865
      601 SW Second Avenue, Suite 2100
      Portland, Oregon 97204-3158
      Telephone: 503.778.2100
      Facsimile: 503.778.2200
      Email:  sandsd@lanepowell.com

      Matthew C. Lewis, *Admitted Pro Hac Vice*
      PAYNE & FEARS LLP
      235 Pine Street, Suite 1175
      San Francisco, California 94104
      Telephone: 415.738.6850
      Facsimile: 415.738.6855
      Email:  mcl@paynefears.com

Attorneys for Defendant Tesla, Inc., formerly Tesla Motors, Inc.

NOTICE OF WITHDRAWAL OF ATTORNEY – RODNEY B. SORENSEN - 2

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

718936.0001/7918882.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that the following document was sent to the following CM/ECF participant:

Cristina Balan
4698 Arbors Circle
Mukilteo, WA  98275
E-Mail: cbalan.j2019@gmail.com

*Pro Se Plaintiff*

Executed on the 7th day of January, 2020, at Portland, Oregon.

 /s/ Darin M. Sands
Signature of Attorney
WSBA No. 35865
Typed Name:  Darin M. Sands
Address:  601 SW Second Avenue, Ste. 2100
Portland, OR  97204-3158
Telephone:  503.778.2100
Fax:  503.778.2200
E-mail:  sandsd@lanepowell.com
Attorney(s) For:  Defendant Tesla, Inc., formerly Tesla Motors, Inc.

CERTIFICATE OF SERVICE

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

718936.0001/7918882.1