UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA BALAN,<br><br>  Plaintiff,<br><br>v.<br><br>TESLA MOTORS INC.,<br><br>  Defendant. | Case No. 22-cv-03890-HSG<br><br>**ORDER CLOSING CASE** |

Plaintiff Cristina Balan initially filed this action against Defendant Tesla Motors Inc. in the United States District Court for the Western District of Washington. *See* Dkt. No. 1. All Plaintiff's claims were compelled to arbitration. Dkt. Nos. 40, 70. Following the arbitration, Defendant and co-Defendant Elon Musk filed a Petition to Confirm the Arbitration Award in this Court, in related case *Tesla Motors, Inc. v. Balan*, 21-cv-09325-HSG. Plaintiff then filed a Motion to Vacate Arbitration Award in the Western District of Washington in the above-captioned case. Dkt. No. 83. The Western District of Washington transferred this case here. *See* Dkt. No. 102.

On September 26, 2022, the Court granted Defendants' Motion to Confirm the Arbitration Award in *Tesla Motors, Inc. v. Balan*, 21-cv-09325-HSG, Dkt. No. 50. In doing so, the Court addressed the arguments Plaintiff raised in her Motion to Vacate Arbitration Award. Plaintiff's Motion to Vacate Arbitration Award is thus **TERMINATED AS MOOT**. The Clerk is directed to enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated:   10/3/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge